RECEIVED
DEC 22 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

RECEIVED
DEC 22 2016
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YEHUDIS PODOLSKY and
SIMCHA PODOLSKY,

                Plaintiff,

vs.

COMENITY CAPITAL BANK,

                Defendants.

CIVIL ACTION NO.:
3:16-cv-04075-BRM-DEA

## JOINT STIPULATION TO STAY CASE AND COMPEL ARBITRATION

**IT IS HEREBY STIPULATED BY AND BETWEEN** that Plaintiffs, Simcha and Yehudis Podolsky (collectively "Plaintiffs"), and Defendant, COMENITY CAPITAL BANK more properly identified as Comenity Bank ("Defendant"), by and through their undersigned counsel, hereby submits this joint stipulation to stay the case and compel arbitration as follows:

1. On or about July 2016, the Plaintiffs commenced this action by filing a Complaint against Defendant.

2. On October 20, 2016 Plaintiffs filed an Amended Complaint.

3. On November 3, 2016, Defendant filed an Answer to Plaintiffs' Amended Complaint.

4. On November 19, 2016 Defendant filed a Motion to Compel Arbitration seeking to Compel all of the Plaintiffs' causes of action to arbitration pursuant to cardmember agreements governing the accounts.

1740796.1

5. Plaintiffs and Defendant have agreed to arbitrate all of the claims in this case pursuant to the written arbitration agreement.

6. Plaintiffs agree that they are required to initiate arbitration within forty-five (45) days with either the American Arbitration Association ("AAA") or JAMS.

7. Plaintiffs and Defendant therefore respectfully request that this Court so order this Stipulation so that all claims relevant to this lawsuit be submitted to final, binding arbitration and that this action be stayed.

**IT IS SO STIPULATED.**

Dated: December 20, 2016

*The Clerk shall administratively terminate this action, subject to reinstatement upon the written request of any party.*

*So Ordered —*
*[signature] USMJ*

**MCGLINCHEY STAFFORD**

By: /s/ Fincey John
Victor Matthews
Fincey John, Esq
112 West 34th Street, Suite 1515
New York, New York 10120
Tel: (646) 362-4044
Email: fjohn@mcglinchey.com
Counsel for Defendant
Comenity Capital Bank

**EDWARD B. GELLER, ESQ. P.C.**

By: /s/ Edward B. Gellar
Edward B. Geller
15 Landing Way
Bronx, New York 10464
Tel. (914) 473-6783
Email: epbh@aol.com
Counsel for Plaintiffs
Simcha Podolsky and Yuhudis Podolsky